A94A0061. ARBY'S, INC. v. COOPER.
(458 SE2d 691)

RUFFIN, Judge.

In accordance with the judgment of the Supreme Court in *Arby's, Inc. v. Cooper*, 265 Ga. 240 (454 SE2d 488) (1995), the decision of this court in *Arby's, Inc. v. Cooper*, 213 Ga. App. 312 (444 SE2d 374) (1994), is vacated, and the judgment of the trial court is hereby reversed and the case remanded so that judgment may be entered consistent with the decision of the Supreme Court.

*Judgment reversed and remanded. Birdsong, P. J., and Blackburn, J., concur.*

DECIDED JUNE 22, 1995.

*Gorby & Reeves, Michael E. Fisher, Martha D. Turner*, for appellant.
*Rubin & Wildau, Martin H. Rubin*, for appellee.